IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MELISA McMANUS | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | NO. 13-3892 |
| JOHN E. WETZEL, et al. | : | 13-3889 |

AND NOW, this 14th day of November, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The matters docketed as 13-cv-3892 and 13-cv-3889 are HEREBY CONSOLIDATED, as both cases contain petitions for writs of habeas corpus containing the same claims and challenging the same conviction.

3. The petition for a writ of habeas corpus is STAYED and held in ABEYANCE until the conclusion of Petitioner's state court proceedings.

4. Petitioner shall return to federal court within thirty days following the conclusion of her state court proceedings. If she does not return to federal court within thirty days following the conclusion of her state court proceedings, this stay and abeyance order is vacated and her petition is dismissed without prejudice.

5. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

GENE E.K. PRATTER, J.